UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN A. SILNUTZER, P.C.
450 Tilton Road, Suite 101
Northfield, New Jersey 08225
(609) 748-6100
By: Steven A. Silnutzer, Esq.    SAS-0833
Attorney for the Debtor

In Re:

Louanne E. Young

| | |
|---|---|
| Case No. | 26-14785 |
| Chapter: | 13 |
| Hearing Date: | 5/26/2026 |
| Judge: | JNP |

## CERTIFICATION OF SERVICE

1. I, <u>Samantha H. Buchanan</u>, am the secretary/paralegal for <u>Steven A. Silnutzer, Esq.</u> who represents <u>the debtor</u> in this matter.

2. On <u>May 5, 2026</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   a.) Notice of Motion to Impose and Extend Automatic Stay
   b.) Certification of Debtor in Support of Motion
   c.) Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   <u>5/6/2026</u>                                /s/ Samantha H. Buchanan

1

| Name and Address of Party Served | Relationship to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002-2977 | trustee | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☒ Other  Notice of Elec. Filing<br>(as authorized by the court*) |
| United States Trustee<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102-5235 | trustee | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☒ Other  Notice of Elec. Filing<br>(as authorized by the court*) |
| Affirm<br>650 California Street<br>Floor 12<br>San Francisco, CA 94108-2716 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Burlington Anesthesia Associates<br>120 Madison Avenue<br>Suite E<br>Mount Holly, NJ 08060-2031 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Capital One<br>for Walmart<br>PO Box 4069<br>Carol Stream, IL 60197-4069 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Capital One Bank USA<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Cavalry Portfolio Services<br>500 Summit Lake Drive<br>Valhalla, NY 10595-1340 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

2

| Name and Address of Party Served | Relationship to the Case | Mode of Service |
|---|---|---|
| Comenity Capital Bank<br>for Ulta<br>Bankruptcy Department<br>PO Box 183043<br>Columbus, OH 43218-3043 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Continental Finance Company<br>PO Box 3220<br>Buffalo, NY 14240-3220 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Continental Finance Company<br>4550 New Lindon Hill Road<br>Wilmington, DE 19801 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Discover Financial Services<br>PO Box 3025<br>New Albany, OH 43054-3025 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Fay Servicing<br>440 S. Lasalle Street<br>Suite 2000<br>Chicago, IL 60605-5011 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| First National Bank<br>attn Bankruptcy<br>1500 S. Highline Avenue<br>Sioux Falls, SD 57110-1003 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship to the Case | Mode of Service |
|---|---|---|
| KML Law Group<br>Mellon Independence Center<br>701 Market Street<br>Philadelphia, PA 19106-1538 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 10<br>Greenville, SC 29602-0010 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| McCalla Raymer Leibert Pierce LLC<br>485F US Highway 1 South<br>Suite 300<br>Iselin, NJ 08830-3055 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| McCalla Raymer Leibert Pierce LLC<br>attn Wendy Reiss<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Midland Credit Management<br>320 E. Big Beaver Road<br>Suite 300<br>Troy, MI 48083-1271 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship to the Case | Mode of Service |
|---|---|---|
| Portfolio Recovery Associates LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Quantum3 Group LLC<br>as agent for<br>CKS Prime Investments LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Quantum3 Group LLC<br>as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Randolph Walzer & Associates<br>2042 W. County Line Road, Unit 8<br>PO Box 1234<br>Jackson, NJ 08527-0259 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Rotech Healthcare<br>6830 New Tampa Highway<br>Suite 300<br>Lakeland, FL 33815-3188 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Scott Marcus & Associates<br>121 Johnson Road<br>Blackwood, NJ 08012-1758 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Shore Memorial Hospital<br>PO Box 217<br>Somers Point, NJ 08244-0217 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship to the Case | Mode of Service |
|---|---|---|
| US Bank National Association<br>c/o Fay Servicing<br>PO Box 814609<br>Dallas, TX 75381-4609 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Wells Fargo Card Services<br>PO Box 393<br>Minneapolis, MN 55480-0393 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
|  |  | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
|  |  | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
|  |  | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
|  |  | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
|  |  | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |