UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven A. Silnutzer, P.C.
450 Tilton Road- Suite 101
Northfield, NJ 08225
By: Steven A. Silnutzer, Esq.- SAS-0833

**Order Filed on May 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
LouanneE.Young

| | |
|---|---|
| Case Number: | 26-14785 |
| Hearing Date: | 5/26/2026 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 27, 2026**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Steven A. Silnutzer, Esq. and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*