UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN A. SILNUTZER, P.C.
450 Tilton Road, Suite 101
Northfield, New Jersey 08225
(609) 748-6100
By: Steven A. Silnutzer, Esq.     SAS-0833
Attorney for the Debtor

In Re:

Louanne E. Young

| | |
|---|---|
| Case No. | 26-14785 |
| Chapter: | 13 |
| Hearing Date: | 5/26/2026 |
| Judge: | JNP |

## CERTIFICATION OF SERVICE

1.  I, Samantha H. Buchanan, am the secretary/paralegal for Steven A. Silnutzer, Esq. who represents the debtor in this matter.

2.  On May 29, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    a.) Order Reinstating Automatic Stay

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   5/29/2026                                        /s/ Samantha H. Buchanan

1

| Name and Address of Party Served | Relationship to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002-2977 | trustee | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☒ Other  Notice of Elec. Filing<br>(as authorized by the court*) |
| United States Trustee<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102-5235 | trustee | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☒ Other  Notice of Elec. Filing<br>(as authorized by the court*) |
| Affirm<br>650 California St<br>Fl 12<br>San Francisco, CA 94108-2716 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Burlington Anesthesia Assoc.<br>120 Madison Avenue<br>Suite E<br>Mount Holly, NJ 08060-2031 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Capital One - Walmart<br>PO Box 4069<br>Carol Stream, IL 60197-4069 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Capital One Bank USA<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship to the Case | Mode of Service |
|---|---|---|
| Cavalry Portfolio Services<br>500 Summit Lake Dr<br>Valhalla, NY 10595-1340 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Celtic Bank / contfinco<br>Attn Bankruptcy<br>PO Box 8099<br>Newark, DE 19714-8099 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Citibank<br>Attn: Legal Department<br>701 E 60th St N<br>Sioux Falls, SD 57104-0432 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Comenity Capital Bank - Ulta<br>Bankruptcy Dept.<br>PO Box 183043<br>Columbus, OH 43218-3043 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Continental Finance Co.<br>4550 New Lindon Hill Rd<br>Wilmington, DE 19801 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Continental Finance Company<br>PO Box 3220<br>Buffalo, NY 14240-3220 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship to the Case | Mode of Service |
|---|---|---|
| Discover<br>PO Box 30943<br>Salt Lake City, UT 84130-0943 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Discover Financial Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Fay Serviciing<br>440 S. Lasalle Street<br>Suite 2000<br>Chicago, IL 60605-5011 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| First National Bank<br>Attn Bankruptcy<br>1500 S Highline Ave<br>Sioux Falls, SD 57110-1003 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| First National Credit Card CMC<br>500 E 60th St N<br>Sioux Falls, SD 57104-0478 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| KML Law Group<br>Mellon Independence Center<br>701 Market St<br>Philadelphia, PA 19106-1538 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| LVNV Funding<br>c/o Resurgent Capital Services<br>PO Box 10<br>Greenville, SC 29602-0010 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship to the Case | Mode of Service |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Mariner Finance, LLC<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| McCalla Raymer Leibert Pierce LLC<br>485F US Highway 1 S<br>Ste 300<br>Iselin, NJ 08830-3055 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| McCalla Raymer Leibert Pierce LLC<br>Attn Wendy Reiss<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Midland Credit Management<br>320 E Big Beaver Rd<br>Ste 300<br>Troy, MI 48083-1271 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Portfolio Recovery Associates LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Quantum3 Group LLC as agent for<br>CKS Prime Investments LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship to the Case | Mode of Service |
|---|---|---|
| Quantum3 Group LLC as agent for Velocity Instruments LLC PO Box 788 Kirkland, WA 98083-0788 | creditor | ☐ Hand Delivered ☒ Regular Mail ☐ Certified mall/ RR ☐ Other _____ (as authorized by the court*) |
| Randolph Walzer & Associates LLC 2042 W. County Line Road - Unit 8 PO Box 1234 Jackson, NJ 08527-0259 | creditor | ☐ Hand Delivered ☒ Regular Mail ☐ Certified mall/ RR ☐ Other _____ (as authorized by the court*) |
| Rotech Healthcare 6830 New Tampa Highway Suite 300 Lakeland, FL 33815-3188 | creditor | ☐ Hand Delivered ☒ Regular Mail ☐ Certified mall/ RR ☐ Other _____ (as authorized by the court*) |
| Scott Marcus & Associates 121 Johnson Road Blackwood, NJ 08012-1758 | creditor | ☐ Hand Delivered ☒ Regular Mail ☐ Certified mall/ RR ☐ Other _____ (as authorized by the court*) |
| Shore Memorial Hospital PO Box 217 Somers Point, NJ 08244-0217 | creditor | ☐ Hand Delivered ☒ Regular Mail ☐ Certified mall/ RR ☐ Other _____ (as authorized by the court*) |
| Tule Lake Lending DBA Rescue Bucks c/o Weinstein & Riley P.S. 749 Gateway Ste G601 Abilene, TX 79602-1196 | creditor | ☐ Hand Delivered ☒ Regular Mail ☐ Certified mall/ RR ☐ Other _____ (as authorized by the court*) |
| U.S. Bank National Association c/o Fay Servicing PO Box 814609 Dallas, TX 75831-4609 | creditor | ☐ Hand Delivered ☒ Regular Mail ☐ Certified mall/ RR ☐ Other _____ (as authorized by the court*) |

| Name and Address of Party Served | Relationship to the Case | Mode of Service |
|---|---|---|
| Wells Fargo Card Services<br>PO Box 393<br>Minneapolis, MN 55480-0393 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court\*) |
|  |  | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court\*) |
|  |  | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court\*) |
|  |  | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court\*) |
|  |  | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court\*) |
|  |  | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court\*) |
|  |  | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court\*) |