Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26−14785−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Louanne E. Young
527 Decatur Avenue
Mays Landing, NJ 08330

Social Security No.:
xxx−xx−2058

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               7/1/26
Time:               10:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 27, 2026
JAN: eag

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 26-14785-JNP

Louanne E. Young | Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3
Date Rcvd: May 27, 2026 | Form ID: 132 | Total Noticed: 33

The following symbols are used throughout this certificate:

**Symbol** | **Definition**
--- | ---
+ | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

Recip ID | | Recipient Name and Address
--- | --- | ---
db | + | Louanne E. Young, 527 Decatur Avenue, Mays Landing, NJ 08330-2168
521091714 | + | Burlington Ansthesia Assoc., 120 Madison Avenue- Suite E, Mount Holly, NJ 08060-2031
521091722 | | Continental Finance Co., 4550 New Lindon Hill Rd, Wilmington, DE 19801
521091728 | + | LVNV Funding, c/o Resurgent Capital Services PO Box 10, Greenville, SC 29602-0010
521091733 | + | Randolph Walzer & Associates, 2042 W. County Line Road- Unit 8, PO Box 1234, Jackson, NJ 08527-0259
521091735 | + | Scott Marcus & Associates, 121 Johnson Road, Blackwood, NJ 08012-1758
521091736 | | Shore Memorial Hospital, PO Box 217, Somers Point, NJ 08244-0217

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address
--- | --- | --- | --- | ---
smg | | Email/Text: usanj.njbankr@usdoj.gov | May 27 2026 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 27 2026 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235
521091713 | | Email/PDF: AffirmBKNotifications@resurgent.com | May 27 2026 21:08:52 | Affirm, 650 California St Fl 12, San Francisco, CA 94108-2716
521091718 | | Email/Text: cfcbackoffice@contfinco.com | May 27 2026 21:05:00 | Celtic Bank / contfinco, Att ; Bankruptcy PO Box 8099, Newark, DE 19714-8099
521091715 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2026 21:08:32 | Capital One - Walmart, PO Box 4069, Carol Stream, IL 60197-4069
521091716 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 27 2026 21:08:32 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293
521210359 | + | Email/PDF: ebn_ais@aisinfo.com | May 27 2026 21:08:23 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901
521091717 | | Email/Text: bankruptcy@cavps.com | May 27 2026 21:06:00 | Cavalry Portfolio Services, 500 Summit Lake Dr, Valhalla, NY 10595-1340
521091721 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2026 21:06:00 | Comenity Capital bank - Ulta, Bankruptcy Dept PO Box 183043, Columbus, OH 43218-3043
521091723 | | Email/PDF: creditonebknotifications@resurgent.com | May 27 2026 21:08:35 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873
521091724 | | Email/Text: mrdiscen@discover.com | May 27 2026 21:05:00 | Discover, PO Box 30943, Salt Lake City, UT 84130-0943
521091726 | | Email/Text: BNSFN@capitalsvcs.com | May 27 2026 21:05:00 | First National Credit Card CMC, 500 E 60th St N, Sioux Falls, SD 57104-0478
521091725 | + | Email/Text: ECF@fayservicing.com | May 27 2026 21:05:00 | Fay Serviciing, 440 S.Lasalle Street- Suite 2000, Chicago, IL 60605-5011

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: May 27, 2026 | Form ID: 132 | Total Noticed: 33

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| 521091727 | ^ | MEBN | May 27 2026 21:00:59 | KML Law Group, Mellon Independence Center 701 Market St, Philadelphia, PA 19106-1538 |
| 521205511 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2026 21:08:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521091730 | | Email/Text: BankruptcyECFMail@mccalla.com | May 27 2026 21:05:00 | McCalla Raymer Leibert Pierce LLC, 485F US Highway 1 S Ste 300, Iselin, NJ 08830-3055 |
| 521091729 | + | Email/Text: bankruptcy@marinerfinance.com | May 27 2026 21:05:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 521091731 | | Email/Text: bankruptcydpt@mcmcg.com | May 27 2026 21:06:00 | Midland Credit Management, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 521091732 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2026 21:08:35 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 521205342 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2026 21:08:22 | Portfolio Recovery Associates, LLC, c/o Credit Asset Sales LLC, POB 41067, Norfolk VA 23541 |
| 521202680 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2026 21:06:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521202721 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2026 21:06:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521091734 | ^ | MEBN | May 27 2026 21:00:33 | Rotech Healthcare, 6830 New Tampa Highway-Suite 300, Lakeland, FL 33815-3188 |
| 521218408 | | Email/Text: bncmail@w-legal.com | May 27 2026 21:06:00 | Tule Lake Lending dba Rescue Bucks, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 521091737 | ^ | MEBN | May 27 2026 21:00:45 | U.S. Bank National Association, c/o Fay Servicing, PO Box 814609, Dallas, TX 75381-4609 |
| 521091738 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | May 27 2026 21:08:33 | Wells Fargo Card Services, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521091719 | | Citibank, Attn: Legal Department 701 E 60th St N |
| 521091720 | | Sioux Falls, SD 57104-0432 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026 | Signature: | /s/Gustava Winters

District/off: 0312-1                                    User: admin                                                  Page 3 of 3
Date Rcvd: May 27, 2026                                 Form ID: 132                                          Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven A. Silnutzer | on behalf of Debtor Louanne E. Young silnutzerlaw@gmail.com silnutzer.stevenb129140@notify.bestcase.com;stevenasil2000@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4