UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Steven A. Silnutzer, P.C.
450 Tilton Rd.  Suite 101
Northfield, NJ 08225
By: Steven A. Silnutzer, Esq. SAS 0833

| | |
|---|---|
| In Re:<br><br> Louanne E. Young | Case No.: _____26 14785_____<br><br>Judge: _____JNP_____<br><br>Chapter:        13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.       ☒ Motion for Relief from the Automatic Stay filed by U.S. Bank National Association ,
creditor,

A hearing has been scheduled for _____June 23, 2026_____, at \_\_11:00\_\_.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.       I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not
been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
We did get an Order Extending / Imposing the Automatic around the same time
the same day that this motion was filed   On May 26, 2026 this Motion was filed
and on May 27, 2026 we received the Order imposing the Automatic
Stay. Our Motion was unopposed. We are asking that the Order Extending Stay
continue at this time..  We may add to our Answer

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: _6/23/2026_____          _/s/Louanne E. Young_____
                                        Debtor's Signature

Date: _____          _____
                                        Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*