<table>
<tr><td>
UNITED STATES BANKRUPTCY COURT<br>
DISTRICT OF NEW JERSEY<br>
**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>
STEVEN A. SILNUTZER, P.C.<br>
450 Tilton Road, Suite 101<br>
Northfield, New Jersey 08225<br>
(609) 748-6100<br>
By: Steven A. Silnutzer, Esq.    SAS-0833<br>
Attorney for the Debtor
</td><td></td></tr>
<tr><td>
In Re:<br><br>
Louanne E. Young
</td><td>
Case No.            26-14785<br><br>
Chapter:            13<br><br>
Hearing Date:       07/14/2026<br><br>
Judge:              JNP
</td></tr>
</table>

## CERTIFICATION OF SERVICE

1. I, Samantha H. Buchanan, am the secretary/paralegal for Steven A. Silnutzer, Esq. who represents the debtor in this matter.

2. On June 23, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   a.) Notice of Motion for Reconsideration & Reinstatement of the Automatic Stay as to U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 (and servicer, Fay Servicing LLC)

   b.) Certification of Counsel in Support of Motion

   c.) proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   06/23/2026                          /s/ Samantha H. Buchanan

1

| Name and Address of Party Served | Relationship to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002-2977 | trustee | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☒ Other _Notice of Elec. Filing_<br>(as authorized by the court*) |
| United States Trustee<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102-5235 | trustee | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☒ Other _Notice of Elec. Filing_<br>(as authorized by the court*) |
| Fay Servicing<br>attn Loren J. Morris<br>in his role as Chief Legal Officer<br>3000 Professional Drive, Suite A<br>Springfield, IL 62703 | creditor | ☐ Hand Delivered<br>☐ Regular Mail<br>☒ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Fay Servicing LLC<br>5426 Bay Center Drive<br>Suite 300<br>Tampa, FL 33609 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| Fay Servicing<br>PO Box 815548<br>Farmer's Branch, TX 75381 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| U.S. Bank National Association<br>c/o Fay Servicing<br>PO Box 814609<br>Dallas, TX 75381-4609 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| KML Law Group<br>Mellon Independence Center<br>attn Matthew Fissel, Esq. and/or Eric J. Kisbaugh, Esq.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |

| Name and Address of Party Served | Relationship to the Case | Mode of Service |
|---|---|---|
| McCalla Raymer Leibert Pierce LLP<br>1544 Old Alabama Road<br>Roswell, GA 30076 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| McCalla Raymer Leibert Pierce LLP<br>485-F US Highway 1 S<br>Suite 300<br>Iselin, NJ 08830-3055 | creditor | ☐ Hand Delivered<br>☒ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand Delivered<br>☐ Regular Mail<br>☐ Certified mall/ RR<br>☐ Other _____<br>(as authorized by the court*) |