UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN A. SILNUTZER, P.C.
450 Tilton Road, Suite 101
Northfield, New Jersey 08225
(609) 748-6100
By: Steven A. Silnutzer, Esq.      SAS-0833
*Attorney for Debtor*

In Re:


LOUANNE E. YOUNG

**Order Filed on July 15, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:      26-14785

Chapter:      13

Hearing Date: July 14, 2026

Judge:      JNP

## ORDER ON MOTION TO IMPOSE STAY

The relief set forth on the following page(s) is **ORDERED.**

**DATED: July 15, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having come before the court by a motion for RECONSIDERATION & REINSTATEMENT OF THE AUTOMATIC STAY AS TO U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE OF CIM TRUST 2020-R1 AND ALSO TO SERVICER, FAY SERVICING LLC by the Debtor through her attorney Steven A. Silnutzer, Esq. and for good cause showing, it is hereby

ORDERED that:

The Automatic Stay is Reinstated