| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| --- |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>STEVEN A. SILNUTZER, P.C.<br>450 Tilton Road, Suite 101<br>Northfield, New Jersey 08225<br>(609) 748-6100<br>By: Steven A. Silnutzer, Esq.      SAS-0833<br>*Attorney for Debtor* |
| In Re:<br><br><br>LOUANNE E. YOUNG |

**Order Filed on July 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:      26-14785

Chapter:      13

Hearing Date: July 14, 2026

Judge:      JNP

AMENDED

## ORDER FOR RECONSIDERATION & REINSTATEMENT OF THE AUTOMATIC STAY

The relief set forth on the following page(s) is **ORDERED.**

**DATED: July 22, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having come before the court by a motion for RECONSIDERATION & REINSTATEMENT OF THE AUTOMATIC STAY AS TO U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE OF CIM TRUST 2020-R1 AND ALSO TO SERVICER, FAY SERVICING LLC by the Debtor through her attorney Steven A. Silnutzer, Esq. and for good cause showing, it is hereby

ORDERED that:

The Automatic Stay is Reinstated on a temporary basis through August 11, 2026. The parties will return to Court on August 11, 2026.