UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STEVEN A. SILNUTZER, P.C.
450 Tilton Road, Suite 101
Northfield, New Jersey 08225
(609) 748-6100
By: Steven A. Silnutzer, Esq.     SAS-0833
*Attorney for Debtor*

In Re:

LOUANNE E. YOUNG

---

**Order Filed on July 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:     26-14785

Chapter:     13

Hearing Date: July 14, 2026

Judge:     JNP

AMENDED

**ORDER FOR RECONSIDERATION &
REINSTATEMENT OF THE AUTOMATIC STAY**

The relief set forth on the following page(s) is **ORDERED.**

**DATED: July 22, 2026**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having come before the court by a motion for RECONSIDERATION & REINSTATEMENT OF THE AUTOMATIC STAY AS TO U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE OF CIM TRUST 2020-R1 AND ALSO TO SERVICER, FAY SERVICING LLC by the Debtor through her attorney Steven A. Silnutzer, Esq. and for good cause showing, it is hereby

ORDERED that:

The Automatic Stay is Reinstated on a temporary basis through August 11, 2026. The parties will return to Court on August 11, 2026.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 26-14785-JNP

Louanne E. Young                                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

**Recip ID                    Recipient Name and Address**
db                        +  Louanne E. Young, 527 Decatur Avenue, Mays Landing, NJ 08330-2168

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                           Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| J. Eric Kishbaugh | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 jkishbaugh@udren.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven A. Silnutzer | on behalf of Debtor Louanne E. Young silnutzerlaw@gmail.com silnutzer.stevenb129140@notify.bestcase.com;stevenasil2000@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 23, 2026                       Form ID: pdf903                                Total Noticed: 1
TOTAL: 5