UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Matthew Fissel, Esq.
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1

In Re:

Louanne E. Young

**Order Filed on August 19, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No: 26-14785 JNP

Hearing Date: 08/11/2026 @ 11:00 AM

Judge: Jerrold N. Poslusny Jr.

Chapter: 13

| Recommend Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER DENYING DEBTOR'S MOTION FOR REINSTATEMENT OF THE AUTOMATIC STAY AS TO U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS INDENTURE TRUSTEE OF CIM TRUST 2020-R1 AND PROVIDING FOR IN REM RELIEF EFFECTIVE SEPTEMBER 10, 2026

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 19, 2026

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of the Debtor to Reinstate the Automatic Stay as to U.S. Bank National Association, not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1, it is

ORDERED that the motion is DENIED and the stay is terminated **EFFECTIVE SEPTEMBER 10, 2026** to permit the Secured Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property More Fully Described as:

**Land and premises commonly known as 527 Decatur Ave, Mays Landing NJ 08330**

It is further ORDERED that the Secured Creditor, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure after September 10, 2026. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that Movant is granted IN REM relief pursuant to 11 U.S.C. § 362(d)(4) effective September 10, 2026. If this Order is recorded in compliance with applicable state law governing notices or interests in real property, this Order shall be binding in any bankruptcy case purporting to affect the Property that is filed during the two-year period following the entry of this Order.

☐ Personal Property More Fully Described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:
Louanne E. Young
Debtor

Case No. 26-14785-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 2
Date Rcvd: Aug 19, 2026 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Louanne E. Young, 527 Decatur Avenue, Mays Landing, NJ 08330-2168 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 aleisha.jennings@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| J. Eric Kishbaugh | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 jkishbaugh@udren.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven A. Silnutzer | on behalf of Debtor Louanne E. Young silnutzerlaw@gmail.com |

silnutzer.stevenb129140@notify.bestcase.com;stevenasil2000@yahoo.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6