***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Andrew B. Finberg, Chapter 13 Standing Trustee**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| **IN RE:**<br><br>Louanne E. Young<br><br>**Debtor(s).** | Proceedings in Chapter 13<br><br>Case No. 26-14785 (JNP)<br><br>***CERTIFICATION IN SUPPORT OF ORDER DISMISSING CASE*** |

I, Andrew B. Finberg, Chapter 13 Standing Trustee, am authorized to make this certification.

1. I Andrew B. Finberg, Chapter 13 Standing Trustee for Region 3 pursuant to an order entered by the Office of the United States Trustee, United States Department of Justice.

2. I am personally familiar with the matters set forth herein and I am qualified to testify about them.

3. This Court has exclusive jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 105.

4. Debtor filed a Chapter 13 Petition on April 29, 2026, with the assistance of Steven A. Silnutzer, Esquire.

5. Debtor filed a Chapter 13 Plan on May 26, 2026, proposing payment of $1,000 for twenty-four (24) months, then $1,200 for twelve (12) months, then $1,400 for twenty-four (24) months to pay administrative fees for $3,963; mortgage arrears to

US Bank for $115,000; and a 100% percent to the unsecured creditors who timely filed a proof of claim.

6. At the second (2) listing for confirmation held on August 19, 2026, the Trustee recommended adjournment to September 16, 2026, with a Final Adjournment Order.

7. The Court entered the Final Adjournment Order on August 20, 2026. Pursuant to the Order, Debtor was required to submit all outstanding documents to the Trustee to conduct the 341 hearing and reschedule and appear at the hearing.

8. Pursuant to the August 20, 2026, Order, if the Debtor failed to comply with the terms of the Order, the Trustee may file a Certification of Non-Compliance dismissing the case.

9. Debtor failed to file an opposition to the Final Adjournment Order. Debtor did not address any of the items listed on the Final Adjournment Order.

10. Contemporaneously with the filing of this Certification, the Trustee is electronically submitting a proposed Order Dismissing Case for the Court's consideration.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: September 10, 2026

By: /s/ Andrew B. Finberg
Andrew B. Finberg,
Chapter 13 Standing Trustee