Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 26−14785−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Louanne E. Young
527 Decatur Avenue
Mays Landing, NJ 08330

Social Security No.:
xxx−xx−2058

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/10/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 11, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-14785-JNP
Louanne E. Young Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Sep 11, 2026 Form ID: 148 Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Louanne E. Young, 527 Decatur Avenue, Mays Landing, NJ 08330-2168 |
| 521091714 | + | Burlington Ansthesia Assoc., 120 Madison Avenue- Suite E, Mount Holly, NJ 08060-2031 |
| 521091722 | | Continental Finance Co., 4550 New Lindon Hill Rd, Wilmington, DE 19801 |
| 521091728 | + | LVNV Funding, c/o Resurgent Capital Services PO Box 10, Greenville, SC 29602-0010 |
| 521091733 | + | Randolph Walzer & Associates, 2042 W. County Line Road- Unit 8, PO Box 1234, Jackson, NJ 08527-0259 |
| 521091735 | + | Scott Marcus & Associates, 121 Johnson Road, Blackwood, NJ 08012-1758 |
| 521091736 | | Shore Memorial Hospital, PO Box 217, Somers Point, NJ 08244-0217 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2026 21:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2026 21:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521091713 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 11 2026 21:44:30 | Affirm, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 521091718 | | Email/Text: cfcbackoffice@contfinco.com | Sep 11 2026 21:36:00 | Celtic Bank / contfinco, Att ; Bankruptcy PO Box 8099, Newark, DE 19714-8099 |
| 521091715 | | EDI: CAPITALONE.COM | Sep 12 2026 01:03:00 | Capital One - Walmart, PO Box 4069, Carol Stream, IL 60197-4069 |
| 521091716 | + | EDI: CAPITALONE.COM | Sep 12 2026 01:03:00 | Capital One Bank USA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 521210359 | + | EDI: AIS.COM | Sep 12 2026 01:03:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521091717 | | Email/Text: bankruptcy@cavps.com | Sep 11 2026 21:37:00 | Cavalry Portfolio Services, 500 Summit Lake Dr, Valhalla, NY 10595-1340 |
| 521270884 | + | Email/Text: bankruptcy@cavps.com | Sep 11 2026 21:37:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 521091721 | | EDI: WFNNB.COM | Sep 12 2026 01:03:00 | Comenity Capital bank - Ulta, Bankruptcy Dept PO Box 183043, Columbus, OH 43218-3043 |
| 521091723 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 11 2026 21:43:47 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 521091724 | | EDI: DISCOVER | Sep 12 2026 01:03:00 | Discover, PO Box 30943, Salt Lake City, UT 84130-0943 |
| 521270794 | | Email/Text: ECF@fayservicing.com | Sep 11 2026 21:36:00 | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

| | | | | |
|---|---|---|---|---|
| 521091726 | | Email/Text: BNSFN@capitalsvcs.com | Sep 11 2026 21:36:00 | First National Credit Card CMC, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 521091725 | + | Email/Text: ECF@fayservicing.com | Sep 11 2026 21:36:00 | Fay Serviciing, 440 S.Lasalle Street- Suite 2000, Chicago, IL 60605-5011 |
| 521091727 | ^ | MEBN | Sep 11 2026 21:35:07 | KML Law Group, Mellon Independence Center 701 Market St, Philadelphia, PA 19106-1538 |
| 521205511 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2026 21:44:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521275614 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 11 2026 21:36:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM, MD 21236-5034 |
| 521091730 | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 11 2026 21:36:00 | McCalla Raymer Leibert Pierce LLC, 485F US Highway 1 S Ste 300, Iselin, NJ 08830-3055 |
| 521091729 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 11 2026 21:36:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 521091731 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 11 2026 21:37:00 | Midland Credit Management, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 521255034 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 11 2026 21:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 521091732 | | EDI: PRA.COM | Sep 12 2026 01:03:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 521205342 | | EDI: PRA.COM | Sep 12 2026 01:03:00 | Portfolio Recovery Associates, LLC, c/o Credit Asset Sales LLC, POB 41067, Norfolk VA 23541 |
| 521202680 | | EDI: Q3G.COM | Sep 12 2026 01:03:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521202721 | | EDI: Q3G.COM | Sep 12 2026 01:03:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521091734 | ^ | MEBN | Sep 11 2026 21:33:56 | Rotech Healthcare, 6830 New Tampa Highway-Suite 300, Lakeland, FL 33815-3188 |
| 521218408 | | Email/Text: bncmail@w-legal.com | Sep 11 2026 21:37:00 | Tule Lake Lending dba Rescue Bucks, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 521091737 | ^ | MEBN | Sep 11 2026 21:34:32 | U.S. Bank National Association, c/o Fay Servicing, PO Box 814609, Dallas, TX 75381-4609 |
| 521267522 | + | EDI: AIS.COM | Sep 12 2026 01:03:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521232681 | | EDI: WFCCSBK | Sep 12 2026 01:03:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 521091738 | + | EDI: WFFC2 | Sep 12 2026 01:03:00 | Wells Fargo Card Services, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521091719 | | Citibank, Attn: Legal Department 701 E 60th St N |
| 521091720 | | Sioux Falls, SD 57104-0432 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 aleisha.jennings@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| J. Eric Kishbaugh | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 jkishbaugh@udren.com |
| Laura M. Egerman | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely in its capacity as Indenture Trustee of CIM Trust 2020-R1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven A. Silnutzer | on behalf of Debtor Louanne E. Young silnutzerlaw@gmail.com silnutzer.stevenb129140@notify.bestcase.com;stevenasil2000@yahoo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8