STEVEN A. SILNUTZER, P.C.
**450 Tilton Road**
**Suite 101**
**Northfield, New Jersey 08225**
Steven A. Silnutzer, Esq.
*Member of New Jersey Bar
**Telephone: (609) 748-6100**
**Fax: (609) 748-6614**

October 1, 2026

United States Bankruptcy Court
District of New Jersey
attn: Honorable Jerrold N. Poslusny, Jr. , U.S.B.J.
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street, 4th Floor, Courtroom 4C
Camden, New Jersey 08101

**RE: Louanne E. Young**
**Case No. 26-14785 (JNP)**
**Attorney Fees after Dismissal of Chapter 13 Bankruptcy**

Dear Your Honor:

Pursuant to the Disclosure of Attorney Compensation filed in this Debtor's case, I was to be paid $3,963 through the Chapter 13 Plan. The Trustee's office has funds on hand in the amount of $3600. Therefore, I am respectfully asking that the fees that were to be paid to my office through the Chapter 13 Plan be disbursed to me from those funds on hand with the Trustee.

Your time and consideration of this matter are greatly appreciated. Please let my office know if there is anything further you will need in order to reach a decision.

Respectfully Requested,

Steven A. Silnutzer, Esq.

SAS:shb

cc: Office of the Chapter 13 Trustee
attn Kimberly Talley